**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02961-BNB

HAZHAR A. SAYED,

      Plaintiff,

v.

SGT. TAFOYA, Mail Room C/O, F.C.F., (individual capacity),
SGT. PATRICK, Mail Room C/O, F.C.F., (individual capacity),
YEVETTE BROWN, F.C.F., Law Library C/O, (individual capacity), and
JOHN/JANE DOE, F.C.F., Dental Officer/Dentist, (individual capacity),

      Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      This matter is before the Court on the motion for the status of this case (ECF No. 9) filed on November 19, 2013. The motion is GRANTED in part and DENIED in part. To the extent Plaintiff is asking when the Court will serve the complaint and rule on his case, the request is GRANTED. The Court is conducting initial review of Plaintiff's case pursuant to D.COLO.LCivR 8.1(b). The Court will serve the complaint, if appropriate, and rule on Plaintiff's case in due course.

      To the extent Plaintiff's request for a case status is a request for a free copy of the docket sheet in this action, the request is DENIED. Plaintiff may obtain copies of the docket sheet and electronic documents filed in this action at a cost of $.50 per page paid in advance. Plaintiff is advised to keep his own copies of any documents that he files with the Court because the Court's electronic filing system does not allow the Court to maintain paper copies.

Dated:  December 27, 2013