IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02961-CMA-MJW

HAZHAR A. SAYED,

Plaintiff,

v.

JOHN/JANE DOE, F.C.F., Dental Officer/Dentist, individual capacity,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Motion for Status (Docket No. 25) is GRANTED insofar as the court informs plaintiff that the pending Motion to Amend/Alter Judgment (Docket No. 18) will be ruled on in due course.

Date: May 6, 2014