# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.** 13-cv-02961-CMA-MJW                FTR - Courtroom A-502

**Date:** June 10, 2014                         Courtroom Deputy, Ellen E. Miller

<u>Parties</u>                                          <u>Counsel</u>

HAZHAR A. SAYED,                               Pro Se     (by telephone)
#133608

      Plaintiff(s),

v.

JOHN/JANE DOE, F.C.F.,                         - - - - -
Dental Officer/Dentist, individual capacity,

      Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session:** 3:02 p.m.
Court calls case. Telephonic appearance of *Pro Se* plaintiff.

Status of the case is discussed.

Pursuant to the Order entered by Senior Judge Babcock [Docket No. 12], the only remaining defendant is John/Jane Doe, the dental officer/dentist for the Fremont Correctional Facility and the remaining claim is claim three, against the dental officer. Plaintiff has now identified the unknown dental officer as ROBERTA BROMAN.

**It is ORDERED:**     Plaintiff's MOTION FOR LEAVE TO FILE AN AMENDED COMPALINT [sic] (Docket No. **34**, filed May 09, 2014) is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:**     Plaintiff shall file an Amended Complaint, consistent with the Order entered by Senior Judge Babcock [Docket No. 12, filed January 30, 2014] **on or before JUNE 30, 2014.**

Plaintiff shall file a Notice of Address providing the address where the U.S. Marshal Service may attempt service on Defendant Roberta Broman

*Pro Se* plaintiff is reminded he is required to comply with all applicable Federal Rules of Civil Procedure (Fed.R.Civ.P.) <u>and</u> the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLO.LCivR.) <u>and</u> Federal Rules of Evidence (Fed. R. of

Evid.).  The *Pro Se* plaintiff may obtain a copy of the United States District Court for the District of Colorado Local rules of Practice on the court website www.cod.uscourts.gov   or in the office of the Clerk of the Court.  *Pro Se* Plaintiff shall also be reminded that "ghost writing" is not permitted.

**It is ORDERED:**      A **RULE 16(b) SCHEDULING CONFERENCE** is set
                         **AUGUST 04, 2014   at 10:00 a.m.**
                         in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Counsel/pro se parties in this case shall hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order.   Parties shall file  their proposed Scheduling Order **on or before JULY 28, 2014.**
Counsel/pro se parties shall prepare the proposed Scheduling Order in accordance with the form found in the forms section of the Court's website at www.cod.uscourts.gov .
Defendant, following proper service,  shall electronically file the proposed Scheduling Order as defense counsel has electronic court filing privileges.  Incarcerated individuals shall appear by telephone by calling the Court at (303)844-2403 at the scheduled time.

 Anyone seeking entry into a United States Courthouse is required to show a valid current photo identification.  See D.C.COLO.LCivR 83.2.  Failure to comply with this requirement may result in denial of entry to the courthouse.

The plaintiff shall notify all parties who have not entered an appearance, of the date and time of the scheduling/planning conference.

HEARING CONCLUDES.

**Court in recess:**    3:24 p.m.
Total In-Court Time:   00:22