IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02961-CMA-MJW

HAZHAR A. SAYED,

Plaintiff,

v.

ROBERTA BROMAN (individual capacity),

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Petition for Writ of Assistance (Docket No. 42) is DENIED WITHOUT PREJUDICE.  As the court explained during the June 10, 2014 status conference (Docket No. 39), it is plaintiff's responsibility to provide the court with an address to serve defendant Roberta Broman at.  Once plaintiff files a Notice of Address with the court, the court will direct the U.S. Marshal Service to serve defendant Roberta Broman at that address.

Date: June 19, 2014