IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02961-CMA-MJW

HAZHAR A. SAYED,

Plaintiff,

v.

ROBERTA BROMAN (individual capacity),

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Defendant's Motion to Vacate Scheduling Conference (Docket No. 56) is GRANTED. The Scheduling Conference set for August 12, 2014 at 3:00 p.m. is VACATED. The Scheduling Conference is RESET for August 26, 2014 at 10:30 a.m. The parties shall file their proposed Scheduling Order on or before August 21, 2014.

Date: August 11, 2014