IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02961-CMA-MJW

HAZHAR A. SAYED,

Plaintiff,

v.

ROBERTA BROMAN (individual capacity),

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

On December 5, 2014, District Judge Arguello ordered Plaintiff Sayed to file a second amended complaint within 21 days. (Docket No. 72.) On December 26, 2014, Plaintiff Sayed filed two documents: (1) Plaintiff's Motion for Leave to File an Amendment Complaint (Docket No. 77), and (2) Motion for Enlargement of Time to Amend Complaint as Required by Order Issued December 5, 2014 (Docket No. 78).

Plaintiff's motion for leave (Docket No. 77) is DENIED AS MOOT. Plaintiff has already been given permission to file a second amended complaint, and need not seek leave at this point. No motion is necessary; Plaintiff need only file the amended complaint itself.

Plaintiff's motion for an enlargement of time (Docket No. 78) is GRANTED. Plaintiff shall have up to and including January 26, 2015, to file his second amended complaint.

Date: January 7, 2015