IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02961-CMA-MJW

HAZHAR A. SAYED,

Plaintiff,

v.

ROBERTA BROMAN (individual capacity),

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion to Stay the Dispositive Motions Deadline Pending Determination of Defendant's Qualified Immunity (Docket No. 95) is GRANTED.  The deadline for filing dispositive motions is STAYED pending final resolution of Defendant's most recent motion to dismiss.

Date: March 25, 2015