**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02961-CMA-MJW

HAZHAR A. SAYED ,

    Plaintiff,

v.

ROBERTA BROMAN, an individual,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Affirming March 13, 2015 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on March 31, 2015 it is

ORDERED that the Recommendation of the United States Magistrate Judge (Doc. No. 93) is AFFIRMED and ADOPTED.  It is

FURTHER ORDERED that Defendant's Motion to Dismiss (Doc. No. 86) is GRANTED.  It is

FURTHER ORDERED that Plaintiff's claims are DISMISSED WITH PREJUDICE as attempts at amendment have proved futile. It is

FURTHER ORDERED that this case is DISMISSED IN ITS ENTIRETY. It is

FURTHER ORDERED that Defendant shall have her costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and

pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 31st day of March, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ A. Thomas

Deputy Clerk